# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

| | |
|---|---|
| **TYLER DOUGLAS HILAMAN #240741/579033** | **CIVIL NO. 25-cv-00174 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ADMINISTRATION BOSSIER MAXIMUM FACILITY** | **MAG. JUDGE M.L. HORNSBY** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 11] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for which relief can be granted under 28 U.S.C. § 1915(e).

**MONROE, LOUISIANA**, this the 6th day of May 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE